THE BUFFALO LOAN, TRUST AND SAFE DEPOSIT COMPANY, Respondent, *v.* THE MEDINA GAS AND ELECTRIC LIGHT COMPANY and THE HOLLAND TRUST COMPANY, Appellants.

(Submitted March 19, 1900; decided March 20, 1900.)

Motion for reargument denied, with ten dollars costs. (See 162 N. Y. 67.)

---

EDWARD S. STOKES, as Receiver of THE HOFFMAN HOUSE, Respondent, *v.* THE HOFFMAN HOUSE OF NEW YORK, Appellant.

Reported below, 46 App. Div. 120.
(Submitted March 12, 1900; decided March 20, 1900.)

MOTION to put on calendar and prefer an appeal from a judgment of the Appellate Division of the Supreme Court, in the first judicial department, entered January 2, 1900, affirming a judgment in favor of plaintiff entered upon the report of a referee.

The motion was made upon the grounds that the pendency of this action prevents the winding up of the affairs of the receivership herein, and that it is of the highest importance to all parties and the interests of justice require the speedy determination of the appeal.

*Carter, Hughes & Dwight* for motion.

*Turner, McClure & Rolston* opposed.

Motion to put on calendar and prefer denied, with ten dollars costs.